

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-15-00979-CR

Style:                 Milton Rolando Paz v. The State of Texas

Date motion filed*:    February 13, 2017

Type of motion:        State's Second Post-Abatement Motion for Extension of Time Within

                       Which to File Appellate Brief

Party filing motion:   Appellee, The State of Texas

Document to be filed:  Appellee's Brief

Is appeal accelerated?        No.

If motion to extend time:

      Original due date:          November 18, 2016

      Number of extensions granted:      1          Current Due Date:  January 13, 2017

      Date Requested:          March 10, 2017 (112 days from original deadline)

Ordered that motion is:

      ☑ Granted

            If document is to be filed, document due:  March 10, 2017.

            ☑     No further extensions of time will be granted.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _____

  On February 1, 2017, the Clerk of this Court notified the State that an extension motion

must be filed within 10 days of that notice if it intended to file a brief.  Because the

State's second extension was timely filed and states that, among other things, counsel

has been delayed by spending a considerable amount of time with the transition to a

new District Attorney this past month, this extension is **granted**, but counsel is warned

that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C),

38.6(d).  Accordingly, if the State's brief is not filed by **March 10, 2017**, this Court

will set this appeal for submission on appellant's brief only. *See id.* 38.9(a).

Judge's signature: /s/ Laura Carter Higley
                 ☒ Acting individually     ☐ Acting for the Court
Date:  February 16, 2017

November 7, 2008 Revision